1  TIONNA DOLIN (SBN 299010)
   e-mail: tdolin@slpattorney.com
2  CINELA AZIZ (SBN 318192)
   e-mail: caziz@slpattorney.com
3  STRATEGIC LEGAL PRACTICES
   A PROFESSIONAL CORPORATION
4  1840 Century Park East, Suite 430
   Los Angeles, California 90067
5  Telephone: (310) 929-4900
   Facsimile: (310) 943-3838
6
   Attorneys for Plaintiff LUIS SEGOVIA
7

8  STEPHEN H. DYE (SBN 104385)
    e-mail: sdye@schnader.com
9  CHARLES F. HARLOW (SBN 200702)
    e-mail: charlow@schnader.com
10 SCHNADER HARRISON SEGAL & LEWIS LLP
   650 California Street, Suite 1900
11 San Francisco, California 94108-2736
   Telephone: (415) 364-6700
12 Facsimile: (415) 364-6785

13 Attorneys for Defendants FORD MOTOR COMPANY and
   RIO VISTA FORD, INC.
14

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS SEGOVIA,<br><br>    Plaintiff,<br><br>  vs.<br><br>FORD MOTOR COMPANY; RIO VISTA FORD, INC.; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:20-cv-00098-KJM-CKD<br><br>**ORDER GRANTING JOINT STIPULATION REMANDING TO SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF SOLANO FROM UNITED STATES DISTRICT COURT**<br><br>State Action Filed: December 12, 2019<br>Trial Date: None assigned |

Order Remanding to Solano County Superior Court from U.S. District Court

| | |
|---|---|
| 1 | ORDER |
| 2 | The Court, having considered the Joint Stipulation of Plaintiff LUIS SEGOVIA and |
| 3 | Defendants FORD MOTOR COMPANY and RIO VISTA FORD, INC. to remand this action |
| 4 | from the United States District Court for the Eastern District of California to the Superior Court |
| 5 | of the State of California for the County of Solano; and, |
| 6 | Upon finding that good cause exists, this Court issues the following order: |
| 7 | 1. Plaintiff's action shall be **REMANDED** to the Superior Court of the State of |
| 8 | California for the County of Solano. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 19, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE